IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CARA WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-00429-TES-CHW |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS et al, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 24, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 24th day of January, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk